UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ERODITA XIOMARA PEREZ SALGUERO,          :
individually and on behalf of all other employees   :
similarly situated,                      :
           Plaintiff,          :
                  :
v.                                       :
                  :
CM ENTERPRISES OF ROCKLAND INC.,         :
d/b/a Luigi O'Gradys Deli and Catering, and   :
MICHELLE WORAB, jointly and severally,   :
           Defendants.         :
------------------------------------------------------------x

**ORDER**

22 CV 411 (VB)

The Court has been advised that the parties have reached a settlement in principle in this

FLSA case.  (Doc. #16).

By June 2, 2022, counsel shall submit a settlement agreement, and a joint statement

explaining the basis for the agreement, as required by <u>Cheeks v. Freeport Pancake House, Inc.</u>,

796 F.3d 199 (2d Cir. 2015).


Dated: May 3, 2022
      White Plains, NY


                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge